1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5       450 Golden Gate Avenue
        San Francisco, California  94102
6       Telephone: (415) 522-6031
        Facsimile: (415) 436-7234
7       E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )    Criminal No. CR 09-0990 SI
                                       )
13          Plaintiff,                 )
                                       )
14      v.                             )    [PROPOSED] ORDER AND
                                       )    STIPULATION EXCLUDING TIME
15                                     )    FROM OCTOBER 15, 2009, TO
    JOSE GABRIEL PEREZ-URIBE,          )    OCTOBER 23, 2009
16      a/k/a Jose Uribe,              )
                                       )
17          Defendant.                 )
    _____)
18

19          The parties appeared before the Honorable Elizabeth D. Laporte on October 15, 2009.

20  With the agreement of counsel for both parties, the Court found and held as follows:

21          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

22  3161, from October 15, 2009, to October 23, 2009, in light of the need for defendant's counsel to

23  review discovery and to conduct further investigation.  Failure to grant the requested

24  continuance would unreasonably deny defense counsel reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence and the need for counsel to review

26  discovery and to conduct further investigation.

27          2.  Given these circumstances, the Court found that the ends of justice served by

28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 09-0990 SI

excluding the period from October 15, 2009, to October 23, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from October 15, 2009, to October 23, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


      IT IS SO STIPULATED.

DATED: October 15, 2009                 /s/
                                RONALD C. TYLER
                                Counsel for Jose Perez-Uribe


DATED: October 15, 2009                 /s/
                                DARYL T. EREMIN
                                Special Assistant United States Attorney


      IT IS SO ORDERED.


DATED:___10/22/09_____



THE _____
United _____

IT IS SO ORDERED

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA