```
1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant PEREZ-URIBE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0990 SI |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) ) | |
| JOSE PEREZ-URIBE, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

The above-captioned case is currently set for sentencing on Friday, March 12, 2010 at 11:00 a.m. Defendant, through counsel, requests that the hearing be continued. The reason for the continuance is due to defense counsel's leave and previous unavailability during the presentence process. The government does not oppose this request, and the parties stipulate that the hearing be continued until Friday, April 23, 2010. Defense counsel avers that United States Probation Officer Ann Searles has no objection to this request and is available on the suggested sentencing date.

/ /

/ /

IT IS SO STIPULATED.

Dated:   February 9, 2010            /s/
                                     RONALD C. TYLER
                                     Assistant Federal Public Defender
                                     Counsel for Jose Perez-Uribe

Dated:   February 9, 2010            /s/
                                     PATRICIA SPALETTA
                                     Special Assistant United States Attorney

## [PROPOSED] ORDER

For GOOD CAUSE shown, the sentencing hearing set for Friday, March 12, 2010 shall be continued to Friday, April 23, 2010 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated:  _____        _____
                                     HONORABLE SUSAN ILLSTON
                                     United States District Court Judge

Stipulation and [Proposed] Order to Continue
Hearing; *U.S. v. Perez-Uribe*
No. CR 09-0990 SI                    2